# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SIVAK,<br><br>    Plaintiff,<br>vs.<br>TOM VERSEN, et al.,<br><br>    Defendant. | CASE NO. 06cv416-LAB (WMc)<br><br>ORDER |

At the request of counsel, the settlement conference scheduled for January 11, 2007, in the above captioned case is **continued** to **January 17, 2007, at 2:00 p.m.** Pursuant to Local Civil Rule 16.3, all party representatives and claims adjusters for insured defendants with full and unlimited authority[1] to negotiate and enter into a binding settlement, as well as the principal attorney(s) responsible for the litigation, must be present and legally and factually prepared to discuss and resolve the case at the mandatory settlement conference. Retained outside corporate counsel shall not appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement. For good cause, and on ex parte application at least one day before the

---

[1] "Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. Pitman v. Brinker Intl., Inc., 216 F.R.D. 481, 485-486 (D. Ariz. 2003). The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face to face conference. Id. at 486. A limited or a sum certain of authority is not adequate. Nick v. Morgan's Foods, Inc., 270 F.3d 590 (8th Cir. 2001).

1  scheduled settlement conference, Magistrate Judge McCurine may excuse a party or representative
2  from personal attendance provided such party or parties will be available by telephone during the
3  conference. Failure to attend the conference or obtain proper excuse will be considered grounds
4  for sanctions.
5       IT IS SO ORDERED.
6  DATED: December 17, 2006

            _____
            Hon. William McCurine, Jr.
            U.S. Magistrate Judge
            United States District Court

cc: Honorable Larry A. Burns
    U.S. District Judge

    All Counsel and Parties of Record