1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SIVAK, an individual, | CASE NO. 06cv0416-LAB (WMc) |
| Plaintiff, | **ORDER FOLLOWING PRE-TRIAL CONFERENCE** |
| vs. | |
| TOM VERSEN; BLUE SKY PRODUCTIONS, LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

On April 16, 2007, the court convened the Pre-Trial Conference in this matter.  Brian M. Grossman, Esq. appeared for plaintiff.  Robert S. Besser, Esq. appeared for defendant.  Trial is scheduled to begin with jury selection on Monday, ***August 20, 2007 at 3:00 p.m.***  Motions *In Limine* will be heard on ***July 30, 2007 at 11:30 a.m.***, with briefing to follow the schedule set forth in this court's Standing Order.  The parties indicated a willingness to try again to settle the matter, with the assistance of a magistrate judge new to the facts and circumstances.  Magistrate Judge Leo S. Papas has agreed to schedule a conference with the parties for that purpose.  Counsel shall contact Judge Papas' chambers make the necessary arrangements.

**IT IS SO ORDERED**.

DATED:  April 16, 2007

**HONORABLE LARRY ALAN BURNS**
United States District Judge

06cv0416