ORIGINAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA   "BY FAX"

| | |
|---|---|
| CYNTHIA SIVAK, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>TOM VERSEN; BLUE SKY PRODUCTIONS, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 06-CV-416 LAB (WMc)<br><br>[Hon. Larry Alan Burns]<br><br>[PROPOSED] ORDER AUTHORIZING THE USE OF ELECTRONIC EQUIPMENT AT TRIAL<br><br>Complaint Filed: February 23, 2006<br><br>Trial Date: August 20, 2007 |

| | |
|---|---|
| 1 | The Court hereby ORDERS that the parties may use the following electronic |
| 2 | equipment at trial: (1) a projection system (*e.g.*, "ELMO") for displaying exhibits to |
| 3 | the jury; and (2) an audiovisual system (*e.g.*, monitors, DVD/VHS players) for the |
| 4 | display of deposition testimony. ALL EQUIPMENT TO BE |
| 5 | INSTALLED BETWEEN 12:30 PM AND 1 P.M. ON 8/29/07. LAB |

DATED: 8-13-07

/s/ Larry A. Burns
United States District Court Judge

APPROVED AS TO FORM AND CONTENT:

DATED: August 9, 2007

TESSER & RUTTENBERG
BRIAN M. GROSSMAN

/s/ Brian M. Grossman
BRIAN M. GROSSMAN
Attorneys for Plaintiff
CYNTHIA SIVAK
Email: bgrossman@tesser-ruttenberg.com

DATED: August 8, 2007

LAW OFFICES OF ROBERT S. BESSER
ROBERT S. BESSER

/s/ Robert S. Besser
ROBERT S. BESSER
Attorneys for Defendants
TOM VERSEN and
BLUE SKY PRODUCTIONS, LLC
Email: rsbesser@aol.com