# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SIVAK, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>TOM VERSEN; BLUE SKY PRODUCTIONS, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. 06cv0416-LAB (WMc)<br><br>**ORDER SCHEDULING PRE-TRIAL CONFERENCE ON RE-TRIAL OF PUNITIVE DAMAGES ISSUE** |

On November 19, 2007, the parties jointly notified the court plaintiff has rejected the remittitur proposed in the court's November 7, 2007 Order deciding post-trial motions in this case. Plaintiff elects to proceed with a new trial on her punitive damages claim. Dkt No. 85. The parties have prepared a [Proposed] Judgment as ordered, to which both sides agree as to form, but they disagree whether it should be entered now or deferred until the conclusion of the punitive damages re-trial.

The court having previously granted defendants' motion for new trial on the punitive damages claim should the remittitur be unacceptable, **IT IS HEREBY ORDERED** counsel shall personally appear for a Pre-Trial Conference on *January 22, 2008 at 11:30 a.m.* The parties shall meet and confer to jointly prepare and submit, on or before January 14, 2008, to the undersigned District Judge a [Proposed] Pre-Trial Order tailored to the efficient presentation of only those matters material to the punitive damages claim. **IT IS FURTHER ORDERED** entry of Judgment must await the outcome of the new trial proceedings, as only one final Judgment will be entered in this action.

**IT IS SO ORDERED**.

DATED: November 26, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge